**Order filed November 17, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00727-CV
_____

**KIPP, INC., ST. LUKE'S UNITED METHODIST CHURCH OF HOUSTON, LEGACY COMMUNITY HEALTH SERVICES, YMCA OF GREATER HOUSTON'S JULIUS WILLIAM "BILL" BOYAR, III, BOYAR & MILLER, P.C. D/B/A BOYAR MILLER, AND KIMBERLY STERLING ASSOCIATES, INC., ET AL, Appellants**

**V.**

**GRANT ME THE WISDOM FOUNDATION, INC., INDIVIDUALLY AND IN THE RIGHT OF CONNECT @ 6800 BELLAIRE, INC., Appellees**

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2017-62715**

---

## O R D E R

This is an accelerated appeal from a judgment signed October 2, 2020. The notice of appeal was due October 22, 2020. *See* Tex. R. App. P. 26.1. Appellants, however, filed the notice of appeal on October 23, 2020, a date within 15 days of

the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellants did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellants are still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellants to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3;10.5(b). If appellants do not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.